UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LEE TILL, | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
| vs. | )   CASE NO. 1:18-cv-00127-TWP-DML |
| | ) |
| DOLGENCORP, LLC and | ) |
| DOLGENCORP INC. d/b/a DOLLAR | ) |
| GENERAL, | ) |
| | ) |
|       Defendants. | ) |

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT
DOLGENCORP, LLC AND DOLGENCORP, INC. D/B/A DOLLAR GENERAL**

Comes now Defendant, Dolgencorp, LLC and Dolgencorp, Inc. d/b/a CVS Pharmacy, and for its Federal Rule of Civil Procedure Disclosure Statement, pursuant to Fed. R. Civ. P. 7.1, hereby states that it is a wholly-owned subsidiary of Dollar General Corporation. Dolgencorp, Inc. was a wholly-owned subsidiary of Dollar General Corporation.

Dated: January 16, 2018

                                  Respectfully submitted,

                                  */s/ Ronald A. Mingus*
                                  Ronald A. Mingus (#31144-49)
                                  REMINGER CO., L.P.A.
                                  College Park Plaza
                                  8909 Purdue Road, Suite 200
                                  Indianapolis, IN 46268
                                  Tel: (317) 663-8570
                                  Fax: (317) 228-0943
                                  rmingus@reminger.com
                                  *Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

      I certify that the foregoing document has been electronically filed using the United States District Court's CM/ECF system on this ____16th____ day of January, 2018 **and** that a courtesy copy of the foregoing document was sent via first-class, U.S. mail, postage pre-paid to:

Sarah Graziano
Hensley Legal Group, PC
117 East Washington Street
Suite 200
Indianapolis, IN 46204
sgraziano@hensleylegal.com
*Counsel for Plaintiff*

                                                */s/ Ronald A. Mingus*
                                                Ronald A. Mingus (#31144-49)
                                                REMINGER CO., L.P.A.