# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| LEE TILL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:18-cv-00127-TWP-DML |
| | ) | |
| DOLGENCORP LLC and | ) | |
| DOLGENCORP INC. | ) | |
| d/b/a DOLLAR GENERAL, | ) | |
| | ) | |
| Defendants. | ) | |

## **ENTRY ON JURISDICTION**

It has come to the Court's attention that Defendants' Notice of Removal fails to allege all of the facts necessary to determine whether this Court has subject matter jurisdiction over this case. The Notice of Removal alleges that this Court has jurisdiction based upon diversity of citizenship. However, the Notice of Removal fails to sufficiently allege the citizenship of Defendant Dolgencorp LLC. Citizenship is the operative consideration for jurisdictional purposes. *See Meyerson v. Harrah's East Chicago Casino*, 299 F.3d 616, 617 (7th Cir. 2002) ("residence and citizenship are not synonyms and it is the latter that matters for purposes of the diversity jurisdiction").

"For diversity jurisdiction purposes, the citizenship of an LLC is the citizenship of each of its members." *Thomas v. Guardsmark, LLC*, 487 F.3d 531, 534 (7th Cir. 2007). "Consequently, an LLC's jurisdictional statement must identify the citizenship of each of its members as of the date the complaint or notice of removal was filed, and, if those members have members, the citizenship of those members as well." *Id.*

The Notice of Removal alleges that "Dolgencorp, LLC is, and at the time the complaint was filed, was, a single-member, manager-managed Kentucky limited-liability company and is a wholly-owned subsidiary of Dollar General Corporation, which is both incorporated and has its principal place of business in the State of Tennessee." ([Filing No. 1 at 2](Filing No. 1 at 2).) This jurisdictional allegation does not establish the citizenship of Defendant Dolgencorp LLC. Rather, this allegation notes that Defendant Dolgencorp LLC is a wholly-owned subsidiary of Dollar General Corporation and has a single member, but it fails to identify that member. Alleging the identity and citizenship of the sole member of the Defendant limited liability company is necessary for this Court to determine whether it has jurisdiction.

Therefore, the Defendants are **ORDERED** to file a Supplemental Jurisdictional Statement that establishes the Court's jurisdiction over this case. This statement should specifically identify the member of Defendant Dolgencorp LLC and that member's citizenship. This jurisdictional statement is due **fourteen (14) days** from the date of this Entry.

**SO ORDERED.**

Date: 1/23/2018

*[signature]*

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Sarah Jane Graziano
HENSLEY LEGAL GROUP, PC
sgraziano@hensleylegal.com

Lyndsay I. Ignasiak
REMINGER CO. LPA (Indianapolis)
lignasiak@reminger.com

Ronald A. Mingus
REMINGER CO. LPA (Indianapolis)
rmingus@reminger.com